**Joel St. GERMAIN, Petitioner–Appellant,**

v.

**Mike FERRITER, Montana Department of Corrections, Respondent–Appellee.**

**No. 13–35376.**

United States Court of Appeals, Ninth Circuit.

Submitted March 5, 2015.*

Filed March 17, 2015.

Chad Wright, Hooks & Wright, P.C., Helena, MT, for Petitioner–Appellant.

Tammy K. Plubell, Esquire, AGMT–Office of the Montana Attorney General, Helena, MT, for Respondent–Appellee.

Before: FISHER, PAEZ and IKUTA, Circuit Judges.

### MEMORANDUM **

Joel St. Germain appeals the dismissal of his petition for habeas corpus under 28

---

** This disposition is not appropriate for publication and *is not precedent except as provided* by 9th Cir. R. 36–3.

U.S.C. § 2254 collaterally attacking his convictions under Montana law. We affirm.

The petition is untimely. The one-year statute of limitations period expired on June 3, 2012, but St. Germain did not file his habeas petition until June 21, 2012. Contrary to St. Germain's assertions, the state did not waive its statute of limitations defense. It has consistently maintained throughout the course of this litigation that the petition was time-barred. *Cf. Wood v. Milyard*, —— U.S. ——, 132 S.Ct. 1826, 1831–32, 182 L.Ed.2d 733 (2012).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.